DANIEL G. BOGDEN, NVBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VABN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8954
    Facsimile: (415) 744-0134
    E-Mail: april.alongi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLEE ANN DESROSIERS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-01033-JCM-VCF<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO ANSWER AND FILE THE ADMINISTRATIVE RECORD |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time, to and including September 16, 2015, to answer and file the administrative record. Defendant requests this extension because the administrative record is not yet available to file and serve.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  August 13, 2015

By:    /s/ Marc V. Kalagian*
MARC V. KALAGIAN
(* As authorized via email on August 13, 2015)
Attorney for Plaintiff

Dated:  August 13, 2015

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By:    /s/ April A. Alongi
APRIL A. ALONGI
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, up to and including September 16, 2015, in which to file and serve the administrative record. All other deadlines set forth in the Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: 8-14-2015

_____
UNITED STATES MAGISTRATE JUDGE

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused a copy of the Stipulation and Proposed Order for an Extension of Time to Answer and File the Administrative Record to be served, via CM/ECF notification, on:

    MARC V. KALAGIAN
    Attorney at Law:  4460
    211 East Ocean Boulevard, Suite 420
    Long Beach, California 90802

    GERALD M. WELT
    Attorney at Law:  1575
    703 South Eight Street
    Las Vegas, Nevada 89101

Date:   August 13, 2015

                                              DANIEL G. BOGDEN
                                              United States Attorney
                                              BLAINE T. WELSH
                                              Chief, Civil Division

                                  By:   */s/ April A. Alongi*
                                              APRIL A. ALONGI
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant