GERALD M. WELT
Attorney at Law: 1575
MARC V. KALAGIAN
Attorney at Law: 4460
   211 East Ocean Boulevard, Suite 420
   Long Beach, California 90802
   Phone: 562-437-7006
   Fax: 562-432-2935
   Rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Chief, Civil Division
URMILA R. TAYLOR
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Phone: 415-977-8958
   Fax: 415-744-0134
   Urmila.taylor@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLEE ANN DESROSIERS, ) | |
| ) | Case No. 2:15-cv-01033-JCM-VCF |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STIPULATION FOR EXTENSION** |
| ) | **OF TIME TO FILE DEFENDANT'S** |
| CAROLYN W. COLVIN, ) | **CROSS-MOTION TO AFFIRM** |
| Acting Commissioner of Social Security, ) | |
| ) | **(Second Request)** |
| Defendant. ) | |
| ) | |

   Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm the

-1-

final decision of the Commissioner, due on December 18, 2015, by 30 days, through and including January 18, 2016.

An extension of time is needed to prepare Defendant's Cross-Motion to Affirm because the Commissioner re-assigned the briefing of this matter on Friday, December 4, 2015 to D. Adam Lazar, an attorney who is managing a new caseload.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on December 9, 2015.

Respectfully submitted this 9th day of December, 2015.

Date: December 9, 2015

GERALD M. WELT
Attorney at Law: 1575

By: /s/* *Marc V. Kalagian*
MARC V. KALAGIAN
Attorney at Law: 4460
*by email authorization on December 9, 2015

Attorneys for Plaintiff

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Chief, Civil Division

By: /s/ Urmila Taylor
URMILA TAYLOR
Special Assistant United States Attorney

OF COUNSEL:
D. ADAM LAZAR, CSBN 237485
Assistant Regional Counsel, Region IX

Attorneys for Defendant

IT IS SO ORDERED.

Date: December 14, 2015

By: _____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I, **Urmila Taylor**, certify that the following individuals were served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION TO AFFIRM (Second Request)** on the date and via the method of service identified below:

**CM/ECF:**

MARC V. KALAGIAN
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, California 90802

GERALD M. WELT
Attorney at Law: 1575
703 South Eight Street
Las Vegas, Nevada 89101

Date: December 9, 2015                     DANIEL G. BOGDEN
                                            United States Attorney
                                            BLAINE T. WELSH
                                            Chief, Civil Division

                                        By: */s/ Urmila Taylor*
                                            URMILA TAYLOR
                                            Special Assistant United States Attorney

                                            OF COUNSEL:
                                            D. Adam Lazar, CSBN 237485
                                            Assistant Regional Counsel, Region IX

                                            Attorneys for Defendant