UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KIMBERLY ANN DESROSIERS,<br><br>                              Plaintiff(s),<br><br>       v.<br><br>CAROLYN W. COLVIN,<br><br>                              Defendant(s). | Case No. 2:15-CV-1033 JCM (VCF)<br><br>ORDER |

Presently before the court is plaintiff's motion for judgment (ECF No. 30) in light of this court's August 23, 2016, adoption, (ECF No. 29) of Magistrate Judge Ferenbach's report and recommendation (ECF No. 26).

Because this court adopted Magistrate Judge Ferenbach's report and recommendation, (ECF No. 26) to deny plaintiff's "motion for reversal and/or remand," (ECF No. 16) and granted the commissioner's cross-motion to affirm, (ECF No. 23) a final judgment has already been entered in this case. (ECF No. 29). Therefore, the present motion requesting judgment is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for judgment, (ECF No. 30) be, and the same hereby is, DENIED as moot.

The clerk shall close the case.

DATED October 28, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**